Ex Parte

(TRAVIS EDWARD ANDERSON)

Application for Writ of Habeas Corpus

from _____BROWN_____ County

_____35th District Court

TRIAL COURT WRIT NO. _____CR20959_____

CLERK'S SUMMARY SHEET

APPLICANT'S NAME:_____TRAVIS EDWARD ANDERSON_____
(As reflected on the Judgment)

OFFENSE: CT.I-III: AGGRAVATED ASSAULT WITH DEADLY WEAPON_____
(As described on the Judgment)

CAUSE NO:___CR18885_____
(As reflected in Judgment)

PLEA ENTERED: ( GUILTY ) NOT GUILTY     NOLO CONTENDRE (CIRCLE ONE)

SENTENCE:___35 YEARS TDCJ_____
(As described on Judgment)

TRIAL DATE: _____SEPTEMBER 13, 2012_____
(Date upon which sentence was imposed)

JUDGE'S NAME:_____STEPHEN ELLIS_____
(Judge Presiding at Trial)

APPEAL NO: __11-12-00306-CR_____
(If Applicable)

CITATION TO OPINION: _____ S.W.2d _____
(If Applicable)

HEARING HELD: _____ YES _____✔_____ NO
(Pertaining to the Application for Writ)

FIINDINGS AND CONCLUSIONS FILED: _____ YES _____✔_____ NO
(Pertaining to the Application or Writ)

RECOMMENDATION: _____GRANT _____ DENY ✔___NONE
(Trial Court's recommendation regarding Application)

JUDGE'S NAME:_____Stephen Ellis_____
(Judge presiding over habeas proceeding – usually current judge of the trial court)

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 20 2015

Abel Acosta, Clerk

\

# INDEX TO CLERK'S RECORD

## TRIAL COURT CAUSE NUMBER CR20959

## TRAVIS EDWARD ANDERSON VS THE STATE OF TEXAS

Clerk's Summary Sheet.................................................................................................1

Index.....................................................................................................................2

First Motion for Extension of Time to File Petition for
Discretionary Review
Filed 1/9/15.......................................................................................................3-6

Indictment
Filed 11/17/11...................................................................................................7-8

Judgment
Filed 9/25/12....................................................................................................9-11

Letter to Defendant
Dated 1/16/15......................................................................................................12

Clerk's Certification...............................................................................................13

No. 11-12-00306-CR

In The

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

TRAVIS EDWARD ANDERSON, Petitioner

VS.

THE STATE OF TEXAS

FILED

At 12:27 O'clock P M

JAN 09 2015

District Clerk, Brown County, Texas

By _____ MA Deputy

---

From Appeals No. 11-12-00306-CR

Trial Cause No. CR20959 Brown County, Texas

---

FIRST MOTION FOR EXTENSION OF TIME TO FILE
PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES, OF THE COURT OF CRIMINAL APPEALS:

NOW COMES, TRAVIS EDWARD ANDERSON, Petitioner, In the above styled and cause number respectfully, files this Motion for extension of time of sixty (60) days in which to file Petition for Discretionary Review. In support of this motion, appellant shows the Court the following, pursuant to Rule 68.2.

I.

The Petitioner was convicted in the 35th District Court of Brown County, Texas, of the offense of aggravated assault with a deadly weapon, styled State of Texas vs. Travis Edward Anderson. The Petitioner appealed to the Court of Appeals, Elevanth District of Texas. The case was affirmed on 12-18=2014.

II.

The present deadline for filing the Petition for Discretionary Review is, 1-17-2015. Petitioner has not requested any extension prior to this request.

page 1.

3

III.

Petitioner is requesting for the first time for an extension of time to prepare a PDR of the decision of the Court of Appeals of the Eleventh District of Texas in this matter. Petitioner asserts that, his court appointed appellate attorney Mr. Evan Pierce Jones, has informed Petitioner that he will not represent him on the Petition for Discretionary Review.

Wherefore, Petitioner prays this Honorable Court grants this motion and extend the deadline for filing the Petition for Discretionary Review in case No. 11-12-00306-CR.

Respectfully Submitted,

*Travis Edward Anderson*

Travis Edward Anderson, Petitioner, Pro se

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing First Motion for Extension of time to file a Petition for Discretionary Review, has been forwarded by U.S. Postal Mail Service, to the attorney for the state, and to The Court of Criminal Appeals, P.O. BOX 12308 Capitol Station, Austin, Texas 78711 on this 5th day of January ,2015.

Respectfully Submitted,

*Travis Edward Anderson*

Travis Edward Anderson, Petitioner. pro se

UNSWORN DECLARATION

I Travis Edward Anderson, Petitioner, Pro se TDCJ 1812491. Being presently incarcerated at the Wallace Pack 1 Unit of Texas Department of Criminal Justice-Inst, Division located in Grime County, Texas declare under the penalty of purjury that the foregoing statements are true and correct.

Excuted on this the _____5th_____ ,day of, _January_ ,2015.


Respectfully Submitted,

Travis Edward Anderson

Travis Edward Anderson, Petitioner, pro se

TDCJ#1811491

Mr. Travis Edward Anderson
Wallace Pack 1 Unit
2400 Wallace Pack Road
Navasota, Texas 77868

1-5-2015

At ___ O'clock ___ M

JAN 0 9 2015

By _____ Deputy
District Clerk, Brown County, Texas

To the Clerk of the court
Brown County  Courthouse
200 South Broadway
Brownwood, Tx 76801


RE: FILING Motion for Extension of time for PDR.


Please find enclosed one copy of First Motion for Extension of time to file a
PDR.



                                        Respectfully Submitted,



                                        Travis Edward Anderson, Petitioner pro se

6

NO. _CR 20959_                                                   BOND: _$40,000.00_

THE STATE OF TEXAS VS.        TRAVIS EDWARD ANDERSON
                             D.O.B: 05/27/1959

**FILED**

Charge:      CT. 1-III: AGGRAVATED ASSAULT WITH DEADLY WEAPON
             Penal Code §22.02 - 2nd Degree Felony                  _1:31_ O'clock _P_ M

             REPEAT OFFENDER - Penal Code §12.42          **JUL 29 2010**
             HABITUAL OFFENDER - Penal Code §12.42

             Joan Brown
             Court District
             Clerk District Court Brown Co. TX
             By _____ Deputy

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

THE GRAND JURY, for the County of Brown, State of Texas, duly selected, empaneled, sworn, charged, and organized as such at the June Term, 2010, of the 35th Judicial District Court for such County, upon their oaths present in and to said Court at said term that

## COUNT I

Travis Edward Anderson, hereinafter styled Defendant, on or about the 1st day of June, 2010, and before the presentment of this indictment, in the County and State aforesaid, did then and there intentionally or knowingly threaten Devon Harden, with imminent bodily injury by pointing a gun at him and did then and there use or exhibit a deadly weapon, to-wit: firearm, during the commission of said assault;

## COUNT II

And further that on or about the 1st day of June, 2010, in the County and State aforesaid, the Defendant, did then and there intentionally or knowingly threaten Joseph Jones, with imminent bodily injury by pointing a gun at him and did then and there use or exhibit a deadly weapon, to-wit: firearm, during the commission of said assault;

## COUNT III

And further that on or about the 1st day of June, 2010, in the County and State aforesaid, the Defendant, did then and there intentionally or knowingly threaten Christopher Pyle, with imminent bodily injury by pointing a gun at him and did then and there use or exhibit a deadly weapon, to-wit: firearm, during the commission of said assault;

ENHANCEMENT PARAGRAPH ONE:

And it is further presented in and to said Court that, prior to the commission of the aforesaid offense (hereafter styled the primary offense), on the 28th day of June, 1990, in Cause No. F-8883475 in the Criminal District Court No. 4 of Dallas County, Texas, the defendant was convicted of the felony offense of Possession of a Controlled Substance under the name Travis Edward Armstrong;

7

ENHANCEMENT PARAGRAPH TWO:

And it is further presented in and to said Court that, prior to the commission of the primary offense, and after the conviction in Cause No. F-8883475 was final, the defendant committed the felony offense of Possession of a Controlled Substance and was convicted on the 12th day of July, 1991, in Cause No. F-9140935 in the 291st Judicial District Court of Dallas County, Texas;

Against the Peace and Dignity of the State.

_Jill Underwood_
Foreman of the Grand Jury

8

Cause No. CR20959 (Three Counts) TRN 9091258144 (A001, D001, D002)

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 35TH JUDICIAL |
| v. | § | DISTRICT COURT OF |
| **TRAVIS EDWARD** | § | BROWN COUNTY, TEXAS |
| **ANDERSON, DEFENDANT** | | |
| SID: TX02217791 | | |

# ADJUDICATION OF GUILT;
## SENTENCE TO Institutional Division, TDCJ

| | |
|---|---|
| DATE OF JUDGMENT: | September 13, 2012 |
| JUDGE PRESIDING: | Stephen Ellis |
| ATTORNEY FOR THE STATE: | Bruce A. Hoffer |
| ATTORNEY FOR THE DEFENDANT: | G. Lee Haney |
| OFFENSE: | Count I-III:  Aggravated Assault with a Deadly Weapon |
| STATUTE FOR OFFENSE: | Section 22.02, Penal Code |
| DEGREE OF OFFENSE: | Second Degree Felony |
| APPLICABLE PUNISHMENT RANGE (Including enhancements if any): | Habitual Offender 25-99 yrs or life/max $10,000 fine |
| DATE OF OFFENSE: | June 1, 2010 |
| DATE OF COMMUNITY SUPERVISION ORDER: | March 10, 2011 |
| CHARGING INSTRUMENT: | Indictment |
| TERMS OF PLEA AGREEMENT (IN DETAIL): | Thirty-five (35) years, Texas Department of Criminal Justice, Institutional Division |
| PLEA TO MOTION TO ADJUDICATE: | Not true |
| FINDING AS TO ALLEGATIONS IN MOTION TO ADJUDICATE: | True |
| CONDITIONS OF COMMUNITY SUPERVISION VIOLATED (as set out in the **motion to adjudicate**): | #1 |
| AFFIRMATIVE FINDING ON DEADLY WEAPON (see full text below): | Yes-deadly weapon used or exhibited |
| OTHER AFFIRMATIVE SPECIAL FINDINGS (see full text below): | Applicable, See Below |
| DATE SENTENCE IMPOSED: | September 13, 2012 |
| PUNISHMENT AND PLACE OF CONFINEMENT: | Thirty-five (35) years in the Institutional Division-TDCJ |
| TIME CREDITED TO SENTENCE: | June 1, 2010 to June 12, 2010 March 31, 2011 to May 15, 2011 December 15, 2011 to September 13, 2012 |
| COURT COSTS: | Waived |
| TOTAL AMOUNT OF RESTITUTION: | Waived |

**FILED**

At __1:30__ O'clock __P__ M

SEP 2 5 2012

Clerk District Court Brown Co. TX

By _____ Deputy

DS1: Adjudication of Guilt; Direct Sentence, Cause No. CR20959; Page 1 of 3 Pages

This sentence shall run **concurrently unless otherwise specified.**

On the date stated above, the Defendant entered a plea of **No Contest** to the offense stated above and was granted a deferred adjudication in the above numbered and styled cause. The Defendant was placed on community supervision as stated above, subject to the conditions of supervision set out in the order in this cause. Thereafter, and during the period of supervision, the State filed a motion to adjudicate in this cause, alleging that the Defendant had violated conditions of supervision set out in said order.

On the date stated above, the above numbered and entitled cause was regularly reached and called for a hearing on the motion to adjudicate, and the State appeared by the attorney stated above, and the Defendant and the Defendant's attorney, as stated above, were also present. Thereupon both sides announced ready for the hearing, and the Defendant, Defendant's attorney, and the Defendant waived the reading of the motion to adjudicate, and, upon being asked by the Court as to how the defendant pleaded, entered a plea of **Not true** to the allegations in the motion to adjudicate.

Thereupon, the Defendant was admonished by the Court of the consequences of the plea; it appeared to the Court that the Defendant was competent and that the defendant was not influenced in making said plea by any consideration of fear or by an persuasion prompting said plea; and the Court received the free and voluntary plea, which is now entered of record in the minutes of the court. The Court, after hearing all of the evidence for the State and the Defendant and arguments of counsel, was of the opinion and found that the Defendant violated the conditions of community supervision as stated above.

The Court then adjudicated the Defendant guilty of the offense stated above and found the offense was committed on the date stated above. A presentence investigation report **was not required or done.** After hearing additional evidence on the issue of punishment, if any, the Court then assessed punishment as stated above.

And thereupon the Court asked the Defendant whether the Defendant had anything to say why said sentence should not be pronounced upon said Defendant, and the Defendant answered nothing in bar thereof. Whereupon the Court proceeded to pronounce sentence upon said Defendant as stated above.

It is therefore ORDERED, ADJUDGED and DECREED by the Court that the defendant is guilty of the offense stated above, the punishment is fixed as stated above, and the State of Texas do have and recover of said defendant all court costs in this prosecution expended, for which execution will issue.

It is ORDERED by the Court that the Defendant be taken by the authorized agent of the State of Texas or by the Sheriff of this county and be safely conveyed and delivered to the **Director, Institutional Division-TDCJ**, there to be confined in the manner and for the period aforesaid, and the said defendant is hereby remanded to the custody of the Sheriff of this county until such time as the Sheriff can obey the directions of this sentence. The defendant is given credit as stated above on this sentence for the time spent in county jail. The Defendant also is ordered to pay restitution to the person(s) named above in the amount specified above.

**Furthermore, the following special findings or orders apply:**

All previously fines and fees are waived.

Signed on the ___ day of September, 2012.

_____
Judge Presiding

Defendant's right thumbprint

## INMATE CORRESPONDENCE REPLY—Govt. Code 552.028

•TO: TRAVIS EDWARD ANDERSON #1812491      FROM **Cheryl Jones**
**WALLACE PACK I UNIT**      DISTRICT CLERK **BROWN** COUNTY
**2400 WALLACE ROCKROAD**      **200 SOUTH BROADWAY, SUITE 216**
**NAVASOTA, TX 77868**      **BROWNWOOD** TEXAS **76801**

CAUSE NO. __CR20959__ STATE OF TEXAS VS. TRAVIS EDWARD ANDERSON

Dear __MR. UANDERSON__ :      File date: __1/16/15__

[ ]      Upon receipt of proper fee, the copies you requested will be prepared and mailed. Non-certified copies are $1.00 for the first page and $0.25 cents for each additional page. Certified copies are $1.00 per page. The cost for copies requested will be $_____.

> See also Government Code 552.028. (a) a governmental body is not required to accept or comply with a request for information from (1) an individual who is imprisoned or confined in a correctional facility;...

[ ]      We will need a court order to prepare the copies you requested at no charge to you.

[ ]      Contact the Court Reporter listed below the request a copy of the Statement of Facts and fees.
Name_____
Address:_____

[ ]      Your Petition for Writ of Habeas Corpus has been received and filed. Article 11.07 of the Texas Code of Criminal Procedure affords the State 15 days to answer. After 15 days, the Court has 20 days in which it may order a hearing. If no order has been entered 35 days from the filing date, the petition will be forwarded to the Court of Appeals for their consideration.

[ ]      The following document has been filed in the above listed case:_____
A file-stamped copy of document is attached.

[ ]      This date, the transcript of your Petition for Writ of Habeas Corpus has been forwarded to the Court of Appeals.

[ ]      This is to acknowledge your motion for Shock Probation, please advise the Court has GRANTED/DENIED same.

[X]      Other: This date, your First Motion for Extension of time to File Petition for Discretionary Review has been forwarded to the Court of Criminal Appeals

*All further correspondence should indicate the above cause number(s).*

Yours Truly,
**Cheryl Jones**
District Clerk_____ **BROWN** _____County

By_____Deputy

THE STATE OF TEXAS      *

COUNTY OF BROWN      *

     I, CHERYL JONES, Clerk of the 35th Judicial District Court of Brown County, Texas, do hereby certify that the documents contained in this record to which this certification is attached are all of the documents specified by Texas Rule of Appellate Procedure 34.5(a) and all other documents timely requested by a party to this proceeding under Texas Rule of Appellate Procedure 34.5(b).

     GIVEN UNDER MY HAND AND SEAL of office in Brown County, Texas, on this the 16th day of January, 2015.

CHERYL JONES, DISTRICT CLERK
BROWN COUNTY, TEXAS

By: _____
        Deputy Clerk

13